UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTO MEDARDO BARBECHO-LLIVISACA,

Petitioner,

-v.-

KENNETH GENALO et al.,

Respondents.

26 Civ. 03349 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On April 23, 2026, Petitioner Fausto Medardo Barbecho-Llivisaca filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 1.  That same day, the Court ordered the parties to appear for a case management conference on April 30, 2026, and to file a joint letter, by no later than April 27, 2026, "stating whether the conference is necessary and addressing how the Court should handle this petition."  ECF No. 3.  On April 27, 2026, the parties "jointly request[ed] that the Court cancel the conference . . . [and] instead endorse a one-week extension of the joint letter deadline"—to May 5, 2026, ECF No. 5, which the Court granted, *see* ECF No. 6.  On May 5, 2026, the parties filed a joint letter notifying the Court that they "agree that this case falls squarely within" the Second Circuit's recent decision, *Barbosa da Cunha v. Freden*, --- F.4th ---, 2026 WL 1146044 (2d Cir. Apr. 28, 2026), and that "there is no question that Petitioner's detention can only be governed by 8 U.S.C. § 1226."  ECF No. 7.

Upon consideration of the parties' submissions, the Petition is hereby GRANTED. Respondents are ORDERED to cause an individualized bond hearing to be conducted before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) for Petitioner Fausto Medardo Barbecho-Llivisaca by **Tuesday, May 12, 2026**.  "At the hearing, the Government shall bear the burden to prove, by clear and convincing evidence, that the petitioner is a danger to the community or a risk of flight." *See, e.g.*, *Wang v. Genalo*, No. 25-cv-9460 (JGK), 2025 WL 3471222, at *1

(S.D.N.Y. Dec. 3, 2025).  If no hearing is held within the designated time period, Respondents shall immediately transport Petitioner back to the Southern District of New York, no later than **Wednesday, May 13, 2026**, and immediately upon effectuating his transfer, release him from custody.  Respondents are further ORDERED to certify compliance with the Court's order by that date.  Respondents are directed to inform counsel for Petitioner as to the expected time and place of Petitioner's release.

An opinion setting forth the reasons for this ruling will issue shortly.

SO ORDERED.

Dated: May 7, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2