UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTO MEDARDO BARBECHO-LLIVISACA,

Petitioner,

-against-

KENNETH GENALO, ET AL.,

Respondents.

26 CIVIL 3349 (JHR)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in

the Court's Memorandum Opinion & Order dated May 14, 2026, the Petition to GRANTED.

**Dated:**   New York, New York
May 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**